IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louise Vesper, | NO. C 04-04304 JW |
|        Plaintiff(s),<br>v. | |
| UNUM Life Insurance Company of America, et al., | **ORDER TO SHOW CAUSE**<br>**RE:  SETTLEMENT** |
|        Defendant(s). | |

Both Plaintiff's counsel and Defendants' counsel recently informed the Court that the above-entitled matter has reached a settlement.  In light of the settlement, the Court vacates the case management conference scheduled for May 16, 2005.  On or before July 8, 2005, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA on Monday, July 25, 2005 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before July 8, 2005, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this

1  action.

2  Dated: May 10, 2005                         /s/James Ware
                                               JAMES WARE
3  04cv4304osc-re-settl                        United States District Judge

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Charles B. Perkins cbperk@earthlink.net
Horace W. Green horaceg@lifehealthlaw.com
3  Joanne M. Ryan joanner@lifehealthlaw.com

4  **Dated: May 10, 2005**                                        **Richard W. Wieking, Clerk**

**By:/s/JWchambers**
    **Ronald L. Davis**
    **Courtroom Deputy**