Horace W. Green (115699)
Joanne M. Ryan (199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF
AMERICA and SAN FRANCISCO CHAMBER OF
COMMERCE LONG-TERM DISABILITY PLAN

Charles B. Perkins (126942)
FLYNN, ROSE & PERKINS
50 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone:  (408) 399-4566

Attorneys for Plaintiff
LOUISE VESPER

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE VESPER,<br><br>   Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and SAN FRANCISCO CHAMBER OF COMMERCE LONG-TERM DISABILITY PLAN,<br><br>   Defendants. | Case No. C 04-04304 JW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff LOUISE VESPER ("Plaintiff") and Defendants UNUM LIFE INSURANCE COMPANY OF AMERICA and SAN FRANCISCO CHAMBER OF COMMERCE LONG-TERM DISABILITY PLAN ("Defendants") by and through their respective counsel of record, hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs of suit and attorney's fees.

| | |
|---|---|
| DATE:  June 23, 2005 | GREEN & HUMBERT |
| | By: **/s/ Horace W. Green**<br>HORACE W. GREEN<br>Attorneys for Defendant<br>Unum Life Insurance Company of America and San Francisco Chamber of Commerce Long-Term Disability Plan |
| DATE:  July 1, 2005 | FLYNN, ROSE & PERKINS |
| | By: **/s/ Charles B. Perkins**<br>CHARLES B. PERKINS<br>Attorneys for Plaintiff<br>Louise Vesper |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

| | |
|---|---|
| DATE:  July 6, 2005 | GREEN & HUMBERT |
| | By: **/s/ Horace W. Green**<br>HORACE W. GREEN |

## ORDER

IT IS SO ORDERED.

DATED: July 07, 2005

/s/ James Ware
JAMES WARE
United States District Judge

-2-
Stipulation and Order for Dismissal of Action with Prejudice - Case No. C 04-04304 JW